Edward F. HOUFF, Appellant,

v.

George W. BISER, Appellee.

No. 11568.

United States Court of Appeals
Fourth Circuit.

Argued Jan. 12, 1968.

Decided Jan. 26, 1968.

Hamilton O'Dunne, Baltimore, Md. (Patrick A. O'Doherty, Baltimore, Md., on brief), for appellant.

Richard A. Reid, Towson, Md. (Royston, Mueller, Thomas & McLean, Towson, Md., on brief), for appellee.

Before WINTER and CRAVEN, Circuit Judges, and KELLAM, District Judge.

PER CURIAM:

In this diversity action, the codefendant held liable to the plaintiff for negligence in the operation of his motor vehicle, contends that he is entitled to a new trial in an effort to show liability on the part of the other codefendant, who was exonerated by the jury. Specifically, he assigns error in the instructions which were granted, and the refusal to grant others which he requested.

Under the applicable law of Maryland and the facts developed at the trial, we think the instructions, when taken as a whole, were unexceptional and that there was no error in refusing to grant the requested instructions.

The judgment of the district court is Affirmed.

J. Richard SABO and Francis M. Pallone, Appellants,

v.

BOROUGH OF INDIANA and Redevelopment Authority of the County of Indiana.

No. 16817.

United States Court of Appeals
Third Circuit.

Argued Jan. 9, 1968.

Decided Feb. 16, 1968.

James W. Mack, Jr., Indiana, Pa., for appellants.

W. Parker Ruddock, Fisher, Ruddock & Simpson, Indiana, Pa., for appellee Borough of Indiana.

Robert C. Earley, Handler, Malcolm & Earley, Indiana, Pa., for appellee Redevelopment Authority.

Alexander Unkovic, Meyer, Unkovic & Scott, Pittsburgh, Pa., on the brief, for appellees.

Before McLAUGHLIN, FREEDMAN and SEITZ, Circuit Judges.

OPINION OF THE COURT

PER CURIAM.

From our independent study of the complaint in this appeal, we find no basis set out therein which would give jurisdiction to the District Court of the subject matter thereof.

The judgment of the District Court will be affirmed.